# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES ex rel. MARK ELLIOTT, | Case No. 1:10-cv-00392 |
| | Judge: Michael R. Barrett |
| Plaintiff/Relator, | |
| v. | |
| THE BRICKMAN GROUP, LTD., LLC, | **AGREED ENTRY OF DISMISSAL** |
| Defendant. | |

The parties hereby agree and stipulate that all claims asserted in the Amended Qui Tam Complaint ("Amended Complaint") filed in the above-referenced action shall be dismissed, including, but not limited to, those claims relating to the the False Claims Act, 31 U.S.C. §§ 3729 *et seq.*, as asserted by Relator-Plaintiff Mark Elliott ("Relator") on behalf of the United States of America.

Specifically, the Relator and the Defendant agree that the claims asserted pursuant to the False Claims Act, 31 U.S.C. §§ 3729 *et seq.* in Count One of the Amended Complaint are without merit and should be dismissed with prejudice as to re-filing. The United States reserves the right to pursue all claims set forth in the Amended Complaint arising under the False Claims Act and this Dismissal shall be without prejudice as it relates to the United States of America.

With respect to Count Two of the Amended Complaint, Relator hereby dismisses all claims set forth therein with prejudice pursuant to the terms of settlement separately agreed to by

the parties.

/s/Steven P. Goodin
Steven P. Goodin (0071713)
*Attorney for Defendant*
*The Brickman Group, LTD., LLC*
Graydon Head & Ritchey LLP
511 Walnut St., Suite 1900
Cincinnati, OH 45202
Phone: 513-629-2845
Fax: 513-651-3836
Email: sgoodin@graydon.com


/s/Eric C. Deters
Eric C. Deters (0038050)
*Attorney for Plaintiff-Relator Mark Elliott*
5247 Madison Pike
Independence, KY 41051-7941
Phone: 849-363-1900
Fax: 859-363-1444
Email: edeters@edeters.com


/s/Donetta Wiethe
Donetta Wiethe
*Attorney for The United States of America*
The United States Attorney's Office
Southern District of Ohio
Attorney, Civil Division
United States Department of Justice
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Email: Donnetta.Wiethe@usdoj.gov

*[signature]*
Judge Michael R. Barrett